UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY RENO MEVES, | 1:12-cv-00833-GSA (PC) |
| Plaintiff, | |
| v. | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS and |
| K.C.S.O. PRETRIAL FACILITY, et al., | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY LERDO |
| Defendants. | MINIMUM SECURITY FACILITY |
| _____/ | |

Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account.

**To the Sheriff of the Lerdo Minimum Security Facility at 17635 Industrial Farm Road, Bakersfield, California 93308:**

**Plaintiff, a prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Lerdo Minimum Security Facility is required to send**

-1-

1 **to the Clerk of the Court payments from plaintiff's account each time the amount in the**

2 **account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).**

3     In accordance with the above and good cause appearing therefore, IT IS HEREBY

4 ORDERED that:

5         1. Plaintiff's application to proceed in forma pauperis is GRANTED;

6         2.  The Sheriff of the Lerdo Minimum Security Facility or his designee shall collect

7 payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the

8 preceding month's income credited to the prisoner's trust account and shall forward those payments

9 to the Clerk of the Court each time the amount in the account exceeds $10.00,  in accordance with 28

10 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the

11 Court.  The payments shall be clearly identified by the name and number assigned to this action.

12         3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

13 plaintiff's in forma pauperis affidavit on the Sheriff of the Lerdo Minimum Security Facility at

14 17635 Industrial Farm Road, Bakersfield, California 93308.

15         4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

16 Department, U.S.  District Court, Eastern District of California, Fresno Division.

17     IT IS SO ORDERED.

18  **Dated:   May 31, 2012**          ____/s/ **Gary S. Austin**____
                                        UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28